IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMY BARKLEY, | : | |
| Petitioner, | : : | |
| VS. | : : | NO. 5:91-CR-10 (CAR) |
| UNITED STATES OF AMERICA, | : : | Proceeding under 28 U.S.C. § 2255 Before the U.S. Magistrate Judge |
| Respondent. | : : | |

## **RECOMMENDATION AND ORDER**

Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 filed by Petitioner Jimmy Barkley. Doc. 334. Petitioner has previously filed two unsuccessful Section 2255 motions in this case. Docs. 139, 192.[1] Petitioner's first Section 2255 motion was denied on July 15, 1999. Doc. 154. The district court and the Eleventh Circuit Court of Appeals denied Petitioner's request for a Certificate of Appealability. Docs. 158, 166. In 2001, the Eleventh Circuit denied Petitioner's request for permission to file a second or successive Section 2255 motion. Doc. 170. Petitioner then filed a "Motion to Modify Term of Imprisonment" (Doc. 192), which was denied as an unauthorized successive Section 2255 motion (Doc. 196). The Eleventh Circuit again denied Petitioner's request for a Certificate of Appealability. Doc. 200.

Now, Petitioner has filed yet another Motion to Vacate, Set Aside, or Correct his sentence. In accordance with 28 U.S.C. § 2255(h), consideration of this successive motion is precluded absent prior authorization by the Eleventh Circuit Court of Appeals. As there is

---

[1] Documents filed prior to Document 269 are referenced through the Manual Docket Sheet (Doc. 270).

nothing to indicate that any such authorization has been given, it is **RECOMMENDED** that the motion be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge whom this case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served with a copy of this recommendation. The Clerk is directed to serve Petitioner at the last address provided by him.

Also before the Court are several motions filed by Petitioner relating to his Section 2255 motion, including: Motion to Supplement Section 2255 motion (Doc. 330), Motion to Amend Section 2255 motion (Doc. 348), Motion for Status Report or Hearing on Section 2255 motion (Doc. 359), Motion to Supplement Section 2255 motion (Doc. 360), and Motion to Supplement and Incorporate New Authority (Doc. 368). In view of the recommendation to deny Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 as successive, these motions are hereby **DENIED**.

**SO ORDERERED AND RECOMMENDED**, this 2nd day of December, 2011.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge